1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SARA WALLAT

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                       **SAN JOSE DIVISION**

10 | SARA WALLAT,                                    | Case No.  C05-03519-PVT
11 |                                                 |
12 |                   Plaintiff,                    |
   |                                                 | **JOINT ADR STIPULATION AND**
13 | v.                                              | **[PROPOSED] ORDER**
   |                                                 |
14 | CHRISTIANSEN AND CHRISTIANSEN, a
   | general partnership, MARK ALLEN
15 | CHRISTIANSEN, individually and in his
   | official capacity, MARVIN J.
16 | CHRISTIANSEN, individually and in his
   | official capacity,
17 |
   |                   Defendants.

18       The parties stipulate to participate in the following ADR process:

19 **Court Processes:**

20       ☐ Arbitration          ☒ ENE              ☐ Mediation

21 *(To provide additional information regarding timing of session, preferred subject
   matter expertise of neutral, of other issues, please attach a separate sheet.)*
22

23 **Private Process:**

24       ☐ Private ADR *(please identify process and provider)*

25       _____

26       _____

27 / / /

28 / / /

-1-

JOINT ADR STIPULATION AND [PROPOSED] ORDER                    Case No.  C05-03519-PVT

1  Dated: April 18, 2006                    /s/ Fred W. Schwinn
2                                                         Fred W. Schwinn, Esq.
                                                          Attorney for Plaintiff
                                                          SARA WALLAT
3

4  Dated: April 18, 2006                    /s/ Stanley A. Zlotoff
                                                          Stanley A. Zlotoff, Esq.
5                                                         Attorney for Defendants
                                                          CHRISTIANSEN AND
6                                                              CHRISTIANSEN
                                                          MARK ALLEN CHRISTIANSEN
7                                                         MARVIN J. CHRISTIANSEN

8

9  IT IS SO ORDERED.

10

11  Dated:  4/19/06                          /s/ Patricia V. Trumbull
                                             UNITED STATES
12                                           DISTRICT/MAGISTRATE JUDGE

-2-
JOINT ADR STIPULATION AND [PROPOSED] ORDER                    Case No. C05-03519-PVT