UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARA WALLAT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTIANSEN AND ) <br> CHRISTIANSEN, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 05-3519 PVT <br><br> **CASE MANAGEMENT CONFERENCE ORDER** |

On April 25, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement, with the following corrections made by the parties on the record: the word "data" is replaced by the word "debts" on page 2, lines 11 and 15 of the Joint Case Management Conference Statement; the word "statue" is replaced by "statute" on page 4, line 10 and page 5, line 13; the word "with" is replaced by the word "within" on page 4, line 19; and the word "is" is replaced by the word "his" on page 4, line 21.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or

ORDER, *page 1*

other amendments to the pleadings, is sixty days after entry of this order.

  IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure: each side may propound up to 50 interrogatories.

  IT IS FURTHER ORDERED that, pursuant to the parties' agreement, this matter is ordered into the court's Early Neutral Evaluation program. The parties shall promptly contact the court's ADR department to make the necessary arrangements.

  IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9/29/06

Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 12/5/06

Further Case Management Conference . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 2/6/07

Dated: *4/25/06*

             *Patricia V. Trumbull*
             PATRICIA V. TRUMBULL
             United States Magistrate Judge